## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Deborah Clevenger

                              Plaintiff,

v.                                                    Case No.: 1:21–cv–05889
                                                      Honorable Joan B. Gottschall

A.M. Castle & Co.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 12, 2026:

     MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the parties' Stipulation of Dismissal Without Prejudice to Convert to Dismissal with Prejudice on February 20, 2026 [110], this case is dismissed without prejudice, to convert to a dismissal with prejudice on February 20, 2026 unless a motion is brought before that date to reinstate the case. The dismissal with prejudice will be of all of Plaintiff's claims that were brought in this action against Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own fees and costs except as provided for in the parties' settlement agreement. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.